# ELECTRONIC RECORD

318-16

| | | | |
|---|---|---|---|
| COA # | 01-15-00490-CR | OFFENSE: | 19.02 (Murder) |
| STYLE: | Edgar Ivan Gutierrez v. The State of Texas | COUNTY: | Harris |
| COA DISPOSITION: | AFFIRM | TRIAL COURT: | 262nd District Court |
| DATE: 03/10/2016 | Publish: NO | TC CASE #: | 1450874 |

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Edgar Ivan Gutierrez v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___05/04/2016___

JUDGE: _____

CCA #: _____318-16_____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____